40 A.3d 744

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Jack W. FORTENBAUGH, II, Respondent.**

Supreme Court of Pennsylvania.

Feb. 28, 2012.

## ORDER

**AND NOW,** this 28th day of February, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Did the Superior Court err in overturning the jury verdict and vacating the sentence because there were two inadvertent, unintentional references made to an offer to take a polygraph test?